LOUISVILLE & N. R. CO. v. IRWIN. .

(Circuit Court of Appeals, Fifth Circuit. December 9, 1913.)

No. 2,500. . .

RAILROADS (§ 345*)—ACTION FOR INJURY AT CROSSING—EVIDENCE—RATE OF SPEED.

Under an allegation, in the complaint in an action against a railroad company to recover for the death of a person killed at a crossing, that the train was being run wantonly and recklessly at a high rate of speed, a municipal ordinance regulating the speed of trains is admissible.

[Ed. Note.—For other cases, see Railroads, Cent. Dig. §§ 1113–1116; Dec. Dig. § 345.*]

In Error to the District Court of the United States for the Southern District of Alabama; Harry T. Toulmin, Judge.

Action at law by Ella R. Irwin, administratrix of J. S. Irwin, deceased, against the Louisville & Nashville Railroad Company. Judgment for plaintiff, and defendant brings error. Affirmed.

Gregory L. Smith, of Mobile, Ala., for plaintiff in error.

R. T. Ervin, of Mobile, Ala., for defendant in error.

Before PARDEE and SHELBY, Circuit Judges.

PER CURIAM. The speed ordinance of the town of Bay Minette was admissible in evidence under the counts in the complaint which charged that the engineer at the time of the accident was wantonly and recklessly running his engine over a crossing at a high rate of speed.

In other rulings of the court we find no reversible error.

Affirmed.